# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA ARELLANO, | Case No. 2:15-cv-01424-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 21) |
| CLARK COUNTY COLLECTION SERVICE, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to stay discovery pending the resolution of Defendants' motion to dismiss or, alternatively, motion for summary judgment. Docket No. 21. The case law in this district is clear that "[t]he Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011)). Nor is it a sufficient ground to stay discovery that a ruling on a dispositive motion may impact the scope of discovery needed. *See Kor Media*, 294 F.R.D. at 583 (explaining that a stay of discovery is justified when the Court is "convinced" that the plaintiff will be unable to state a claim). To allow stays of discovery more broadly risks creating unnecessary delay in many cases. *Id.* (quoting *Trzaska v. Int'l Game Tech.*, 2011 WL 1233298, *4 (D. Nev. Mar. 29, 2011)).

//

The parties' stipulation does not address the standards outlined in the caselaw identified above. Accordingly, the parties' stipulation to stay discovery is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 19, 2016

Nancy J. Koppe
United States Magistrate Judge