UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: _2:15-cv-01424_

Court of Appeals Case Number: _16-15467_

Case Caption: _Patrizia Arellano vs. Clark County Collection Service, LLC_
_and Borg Law Group, LLC_

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal
in the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 3/7/16 | 27 | Hearing on Defendants Motion to Dismiss or, Alternatively for Summary Judgment | Felicia Zabin | yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: _4/6/16_

_Keren Gesund_ (Signature)

_Keren Gesund_
Print Name

_Patrizia Arellano_
Appellant/Appellee