AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Patricia Arellano,

          Plaintiff,

  v.

Clark County Collection Service, LLC et al.,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01424-JAD-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Defendants Clark County Collection Service, LLC and Borg Law Group, LLC and against Plaintiff Patricia Arellano.

 

8/28/2018                                               DEBRA K. KEMPI
Date                                                        Clerk

                                                                               /s/ S. Denson
                                                                               Deputy Clerk