KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
**GESUND & PAILET, LLC**
5550 Painted Mirage Rd.
Suite 320
Las Vegas, NV 89149
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA ARELLANO, an individual, on behalf of herself and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited liability company, and BORG LAW GROUP, LLC a Nevada limited liability company<br><br>Defendants. | Case No.: 2:15-cv-01424-JAD-NJK<br><br>**NOTICE OF PENDING SETTLEMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that Plaintiff PATRICIA ARELLANO and Defendants CLARK COUNTY COLLECTION SERVICE, LLC and BORG LAW GROUP, LLC, have reached a settlement and are in the process of drafting and executing documents to that effect.

///

///

///

///

//

The parties anticipate that a request for dismissal will be filed within the next sixty (60) days.

DATED this 21st day of September 2018.

        **GESUND & PAILET, LLC**

*/s/ Keren E. Gesund, Esq.*
KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Fax: (504) 265-9492
keren@gp-nola.com
*Attorney for Plaintiff*