| | |
|---|---|
| 1 | Patrick J. Reilly, Esq. |
| 2 | Nevada Bar No. 6103 |
|   | HOLLAND & HART LLP |
| 3 | 9555 Hillwood Drive, Second Floor |
|   | Las Vegas, Nevada 89134 |
| 4 | Tel: (702) 669-4600 |
|   | Fax: (702) 669-4650 |
| 5 | preilly@hollandhart.com |
| 6 | *Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA ARELLANO, an individual, on behalf of herself and those similarly situated; | Case No. : 2:15-cv-01424-JAD-NJK |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO MOVE FOR ATTORNEY'S FEES AND SUBMIT BILL OF COSTS** |
| vs. | |
| CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited liability company; and BORG LAW GROUP, LLC, a Nevada limited liability company, | **(First Request)** |
| Defendants. | |

### **STIPULATION**

Plaintiff Patricia Arellano and Defendants Clark County Collection Service, LLC and Borg Law Group, LLC ("Defendants") hereby stipulate and agree as follows:

1. On August 28, 2018, this Court granted summary judgment in the above-entitled action and entered judgment thereon in favor of Defendants (ECF Nos. 44 and 45).

2. Pursuant to LR II 54-1(a) and LR II 54-14(a), motions for attorney's fees and bills of costs must be filed no later than September 11, 2018.

3. The deadline for Plaintiff to file and serve a motion in accordance with Fed. R. Civ. P. 59 and/or 60 is September 25, 2018.

4. Plaintiff has indicated that she may move for relief in accordance with Fed. R. Civ. P. 59 and/or 60.

5. Accordingly, the parties stipulate and agree that the deadline for Defendants to

file a motion for attorney's fees and/or seek costs shall be continued to October 2, 2018, which is one week after Plaintiff's deadline to seek relief in accordance with Fed. R. Civ. P. 59 and/or 60. In the event that Plaintiff files a Rule 59 or 60 motion, the deadline for CCCS to file a motion for attorney's fees and/or seek costs shall be further continued to fourteen (14) calendar days after adjudication of any Rule 59 or 60 motion filed by Plaintiff.

6. This Stipulation is submitted to avoid duplication of efforts and is not made for purpose of delay.

DATED this 11th day of September 2018.       DATED this 11th day of September 2018.

*/s/ Keren E. Gesund*
Keren E. Gesund, Esq.
GESUND & PAILET, LLC
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89117

*Attorneys for Plaintiff*

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 25, 2018.